JUDGMENT  FILED: April 27, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 04-4866
CR-00-151

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DONNA JEAN BREWER

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of North Carolina at Charlotte

---

In accordance with the written order of this Court filed this day, the Court remands this case to the District Court for further proceedings consistent with the Court's order.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

    /s/ Patricia S. Connor
    CLERK

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
April 27, 2005

No. 04-4866
CR-00-151

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DONNA JEAN BREWER

    Defendant - Appellant

O R D E R

The parties have filed a joint motion to remand for resentencing.

The Court grants the motion.

Entered at the direction of Judge Williams, with the concurrence of Judge Michael and Judge Traxler.

For the Court,

/s/ Patricia S. Connor

CLERK