**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:00CR151**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DONNA JEAN BREWER,** ) | |
|         **Defendant.** ) | |
| _____) | |

**THIS MATTER** comes before the Court upon remand from the Fourth Circuit Court of Appeals following a joint request by the parties that this matter be remanded for re-sentencing.[1]

**IT IS, THEREFORE, ORDERED THAT:**

1) The parties shall file any new sentencing materials, memoranda, or joint recommendation(s) with the Court <u>on or before July 20, 2005</u>;

2) This matter is hereby scheduled for re-sentencing on **Monday, July 25, 2005 at 9:45 AM**, Charlotte Division, Courtroom #2; and

3) The Deputy Clerk shall deliver a copy of this Order to Defendant, Defense Counsel, U. S. Attorney's Office, U. S. Marshal, and U. S. Probation.

---

[1] The mandate issued May 19, 2005.

**Signed: July 14, 2005**

Richard L. Voorhees
United States District Judge