# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL DOCKET NO.: 3:00CR151-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DONNA JEAN BREWER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon motion of the United States seeking correction of clerical error on the Amended Judgment & Commitment Order prepared in this case.  FED. R. CRIM. P. 35, 36.

**IT IS, THEREFORE, ORDERED** that the Deputy Clerk shall prepare an **Amended Judgment** reflecting the total amount of restitution due as $752.

**IT IS FURTHER ORDERED** that the Deputy Clerk shall forward a copy of this Order to the U.S. Marshal's Service, U.S. Attorney, U.S. Probation, Defense Counsel, and Defendant.

**Signed: June 27, 2005**

**Signed: October 14, 2005**

Richard L. Voorhees
United States District Judge

Richard L. Voorhees
United States District Judge